No. 80–6470.   Cox *v.* WYRICK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 80–6476.   Ross *v.* CORRECTIONAL INSTITUTIONAL INSPECTION COMMITTEE.   Sup. Ct. Ohio.   Certiorari denied.

No. 80–6497.   MIRANDA DE CHAVEZ *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 80–6565.   SIVIGLIANO *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 80–6571.   McCASKILL *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 80–6579.   WRIGHT *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 80–6584.   BRUNK *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 80–6603.   ROUSH *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 80–456.   THOMPSON, SECRETARY, DEPARTMENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON, ET AL. *v.* BERRY ET AL.   Sup. Ct. Wash.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 80–664.   CALIFORNIA *v.* BRAESEKE.   Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 80–974.   FORD *v.* FORD ET AL.   Ct. Civ. App. Tex., 9th Sup. Jud. Dist.   Motion of respondent Dorothy Ford for leave to proceed *in forma pauperis* granted.   Certiorari denied.